**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bryan D. Alloway
P.O. Box 428
Ashford AL 36312

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shelda Fisher_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Shelda Fisher

C. Date of Delivery
12-6-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:06CV917-WKW

3. Service Type
☒ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7006 0810 0005 4060 7723

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540