**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Ashford
P.O. Box 428
Ashford, AL 36312

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shelda Fisher_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Shelda Fisher                      12-6-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

1:06CV 917-WKW

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0810 0005 4061 4998

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540