IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAYRENE GRANGER, )<br>and WILLIE MAE SMITH, )<br>   )<br>   Plaintiffs, )<br>   )<br>v. )<br>   )<br>CITY OF ASHFORD, BRYAN D. )<br>ALLOWAY, in his Official Capacity )<br>as Mayor, AND in his Individual Capacity, )<br>   )<br>   Defendants. ) | CIVIL ACTION NO.: 1:06-CV-917-WKW |

### ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendant, City of Ashford.

Dated this 11th day of December, 2006.

> Respectfully submitted,
>
> **s/Gary C. Sherrer**
> GARY C. SHERRER (SHE016)
> Attorney for Above-Referenced Defendant

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on **December 11, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bobbie S. Crook, Esq.
Ann C. Robertson, Esq.

s/Gary C. Sherrer
OF COUNSEL