IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MAYRENE GRANGER, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-917-WKW |
| | ) |
| **CITY OF ASHFORD, ALABAMA,** et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MOTION TO STRIKE

Defendant the City of Ashford, Alabama, moves to strike the plaintiffs' punitive damages claim. In support of this motion, the City says as follows.

1. The complaint contains a cause of action under 42 U.S.C. § 1983 ("Civil action for deprivation of rights") that alleges a violation of 42 U.S.C. § 1981 ("Equal rights under the law").

2. A municipality cannot be liable for punitive damages on a claim predicated upon an alleged violation of 42 U.S.C. § 1981. See Walters v. City of Atlanta, 803 F.2d 1135, 1148 (11th Cir. 1986).

3. A municipality cannot be liable for punitive damages on a 42 U.S.C. § 1983 claim. See City of Newport v. Fact Concerts, Inc., 453 U.S. 247, 271 (1981).

WHEREFORE, defendant the City of Ashford's motion to strike should be granted, and the plaintiffs' punitive damages claim should be struck.

        **/s/ James H. Pike**
        James H. Pike  (PIK003)
        Attorney for Defendants
        The City of Ashford, Alabama, and Bryan D. Alloway

OF COUNSEL:

COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on December 26, 2006, I electronically served a copy of this document upon:

    Bobbie S. Crook
    367 South St. Andrews Street
    Dothan, Alabama  36301

    Ann C. Robertson
    WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
    The Kress Building
    301 19th Street North
    Birmingham, Alabama  35203

        **/s/ James H. Pike**
        James H. Pike