IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MAYRENE GRANGER, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 1:06-cv-917-WKW |
| | ) | |
| CITY OF ASHFORD, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Defendant's Motion to Strike filed on December 26, 2006 (Doc. #7), it is hereby

ORDERED that on or before January 18, 2007, the plaintiffs shall show cause in writing why the motion should not be granted.

Done this 4th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE