IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MAYRENE GRANGER, et al.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO.: 1:06-cv-917-WKW |
| ) | |
| **CITY OF ASHFORD, et al.** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF APPEARANCE

Comes now the undersigned, Temple D. Trueblood, and files her Notice of Appearance, as additional counsel of record for plaintiffs, Mayrene Granger and Willie Mae Smith.

    /s/ Temple D. Trueblood
TEMPLE D. TRUEBLOOD
Attorney for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, AL 36301
(334) 671-8062

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the above Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James H. Pike
Cobb, Shealy, Crum, Derrick & Pike, P.A.
P.O. Box 6346
Dothan, AL 36302-6346

Gary C. Sherrer
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, AL 36301

On this the 5TH day of January, 2007.

                                                 /s/ Temple D. Trueblood
                                                 Of Counsel