## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MAYRENE GRANGER,** | ) | |
| **and WILLIE MAE SMITH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.:** |
| | ) | **1:06-cv-917-WKW** |
| | ) | |
| **CITY OF ASHFORD, BRYAN D.** | ) | |
| **ALLOWAY, in his Official Capacity as** | ) | |
| **Mayor, AND in his Individual Capacity.** | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S RESPONSE TO MOTION TO STRIKE
### OF DEFENDANT, CITY OF ASHFORD

COMES NOW the plaintiff, in the above-styled cause, and in response to the Motion to Strike of defendant, City of Ashford, submits the following:

1. With regard to the plaintiff's claims against the defendant, the City of Ashford, under §1981 and §1983, the plaintiff withdraws any claims for punitive damages.

2. However, in so doing the plaintiff does **not** in any manner withdraw or otherwise concede her claims for punitive damages against the defendant, Bryan D. Alloway.

Respectfully submitted,

s/ Temple D. Trueblood
Temple D. Trueblood
Ann C. Robertson
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James H. Pike
Cobb, Shealy, Crum, Derrick & Pike, P.A.
P.O. Box 6346
Dothan, AL 36302-6346

Gary C. Sherrer
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, AL 36301

/s/ Temple D. Trueblood
OF COUNSEL