IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAYRENE GRANGER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-917-WKW |
| ) | |
| CITY OF ASHFORD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion to Strike filed by Defendant City of Ashford, Alabama ("City of Ashford") on December 26, 2006 (Doc. # 7), and the plaintiffs' response thereto filed on January 17, 2007 (Doc. # 11), it is hereby

ORDERED that the motion is GRANTED. Plaintiffs' claim for punitive damages against the City of Ashford is hereby STRICKEN.

DONE this 18th day of January, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE