**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MAYRENE GRANGER, et al.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO.: 1:06-cv-917-WKW** |
| | ) | |
| **CITY OF ASHFORD, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REPORT OF PARTIES' RULE 26 PLANNING MEETING**

1. Appearances:

   Pursuant to Fed.R.Civ.P. 26(f), a meeting of the parties' representatives was held on January 23, 2006.

   a. Appearing on behalf of plaintiffs:

      Temple D. Trueblood, Esq.; Wiggins Childs, Quinn & Pantazis, L.L.C.

   b. Appearing on behalf of defendants, City of Ashford and Bryan D. Alloway: James H. Pike; Shealy, Crum & Pike, P.C.

   c. Appearing on behalf of defendant, City of Ashford: Gary C. Sherrer; Sherrer, Jones & Terry, P.C.

2. Parties:

   a. The plaintiffs shall have until March 26, 2007, to join any additional parties.

   b. The defendants shall have until April 26, 2007, to join any additional parties.

3. Pleadings:

   a. The plaintiffs shall have until March 26, 2007, to amend the pleadings.

   b. The defendants shall have until April 26, 2007, to amend the pleadings.

4. Dispositive Motions:

   All potentially dispositive motions must be filed no later than September 7, 2007.

5. Expert Testimony:

   Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert - are due:

   a. From the plaintiff: May 7, 2007;

   b. From the defendant: June 22, 2007;

6. Discovery Limitations and Cutoffs: The parties jointly propose to the Court the following discovery plan:

   Discovery is needed on the following subjects: liability, defenses and damages.

   Settlement cannot be realistically evaluated prior to substantial discovery.

   a. Unless modified by stipulation of the parties:

   Depositions:

   Maximum of 10 depositions by plaintiff and 10 depositions by defendant, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

   Interrogatories:

   Maximum of 30 by each party, with responses due within 30 days after service.

   Request for Production:

   Maximum of 50 by each party, with responses due within 30 days after service.

   Request for Admission:

   Maximum of 25 by each party, with responses due within 30 days after service.

Supplementation:

Supplements under Rule 26(e), Fed.R.Civ.P., are due 30 days before the close of discovery.

b. Pre-discovery disclosure: The parties shall exchange the information required by Rule 26(a)(1) by February 12, 2007.

c. Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by November 7, 2007.

7. Pre-trial conference:

The parties request a final pretrial conference on December 7, 2007.

8. Trial:

This case should be ready for trial by January 7, 2008, and at this time is expected to take approximately 3-4 days for trial.

9. Final lists:

Final lists of trial witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) must be served and filed:

a. By the plaintiff: Thirty (30) days before the trial date.

b. By the defendant: Thirty (30) days before the trial date.

Objections are to be filed within 15 days after service of final lists of trial witnesses and evidence.

10. Scheduling Conference:

The parties do not request a scheduling conference prior to the entry of the Scheduling order.

11. Counsel for defendants have given plaintiff's counsel permission to submit hereon their electronic signatures for submission to the Court.

January   25th  , 2007.

                Respectfully submitted,

                /s/ Temple D. Trueblood
                Ann C. Robertson
                Temple D. Trueblood
                Counsel for Plaintiffs

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205-314-0500

CO-COUNSEL:
Bobbie S. Crook, Esq.
367 South St. Andrews Street
Dothan, Alabama 36301
334-671-8062

                /s/ James H. Pike
                James H. Pike
                Counsel for Defendants
                City of Ashford and Bryan D. Alloway

OF COUNSEL:
Shealy, Crum, & Pike, P.C.
P.O. Box 6346
Dothan, AL 36302-6346
(334) 677-3000

                /s/ Gary C. Sherrer
                Gary C. Sherrer
                Counsel for Defendant
                City of Ashford

OF COUNSEL:
Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, AL 36301
(334) 678-0100