IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAYRENE GRANGER and WILLIE MAE SMITH, ) ) ) Plaintiff, ) ) v. ) ) CITY OF ASHFORD, BRYAN D. ) ALLOWAY, in his Official Capacity ) as Mayor, AND in his Individual Capacity, ) ) Defendants. ) ) | CASE NO. 1:06-cv-917-WKW |

## **O R D E R**

On March 23, 2007, the plaintiffs filed a Motion to Amend Complaint (Doc. # 15) in this case.  It is ORDERED that, **on or before April 19, 2007**, the defendants shall show cause why the Motion to Amend Complaint should not be granted.

DONE this 12th day of April, 2007.

                                           /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE