IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAYRENE GRANGER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. 1:06-cv-917-WKW |
| | ) |
| CITY OF ASHFORD, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO MOTION FOR LEAVE TO AMEND**

Defendants the City of Ashford, Alabama, and Bryan D. Alloway do not object to the plaintiffs' motion for leave to amend.

/s/ James H. Pike
James H. Pike  (PIK003)
Attorney for Defendants
The City of Ashford, Alabama, and Bryan D. Alloway

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

1

2

**CERTIFICATE OF SERVICE**

  I, James H. Pike, certify that on April 17, 2007, I electronically served a copy of this document upon:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama  36301

Ann C. Robertson
Temple D. Trueblood
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

               **/s/ James H. Pike**
               James H. Pike