IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAYRENE GRANGER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-0917-WKW |
| ) | |
| CITY OF ASHFORD, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

By the Uniform Scheduling Order dated February 6, 2007 (Doc. # 14), the parties were ordered to conduct their face-to-face settlement conference by October 1, 2007. The Uniform Scheduling Order requires counsel for the plaintiff to file with the court the "Notice Concerning Settlement Conference and Mediation" within five days of the date of the settlement conference. There having been no notice filed, it is hereby ORDERED that the counsel for the plaintiff **on or before October 15, 2007**, shall either file the notice or show cause in writing why counsel has failed to comply with the court's orders.

DONE this 10th day of October, 2007.

                                                 /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE