**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **MAYRENE GRANGER, et al.** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO.: 1:06-cv-917-WKW** |
| ) | |
| **CITY OF ASHFORD, et al.** ) | |
| ) | |
|     **Defendant.** ) | |

**NOTICE REGARDING SETTLEMENT CONFERENCE**

COME NOW the plaintiffs and submit the following Notice Regarding Settlement Conference:

    1.    In July 2007 the parties negotiated a resolution in the above-referenced matter.

    2.    It was the intent and hope of the plaintiffs to have the matter finally resolved and a Joint Stipulation of Dismissal filed prior to the Court's deadline for Notice Regarding Settlement Conference, however the parties had not completed same by said time.

    3.    The parties are presently in the final stages of completing the necessary steps to finally resolve this matter and intend to file a Joint Stipulation of Dismissal with the Court shortly.

    Respectfully submitted,

    s/ Temple D. Trueblood
    Temple D. Trueblood
    Ann C. Robertson
    Attorneys for the Plaintiffs

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

CO-COUNSEL:
Bobbie S. Crook
367 South St. Andrews Street
Dothan, AL 36301
(334) 671-8062

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have electronically filed the above Notice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    James H. Pike
    Cobb, Shealy, Crum, Derrick & Pike, P.A.
    P.O. Box 6346
    Dothan, AL 36302-6346

    Gary C. Sherrer
    Sherrer, Jones & Terry, P.C.
    335 West Main Street
    Dothan, AL 36301

On this the 15TH day of October, 2007.

                                                        s/ Temple D. Trueblood
                                                        Of Counsel