IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MAYRENE GRANGER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-0917-WKW |
| | ) | |
| CITY OF ASHFORD, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon representation of the plaintiffs, the parties negotiated a resolution of this case in July, 2007.  Therefore, the plaintiff is ORDERED to file a joint stipulation of dismissal **on or before October 30, 2007**.

DONE this 16th day of October, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE