IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAYRENE GRANGER, and WILLIE MAE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ASHFORD, BRYAN D. ALLOWAY, in his Official Capacity as Mayor, AND in his Individual Capacity, <br><br> Defendants. | CIVIL ACTION NO.: 1:06-CV-917-WKW |

## JOINT STIPULATION FOR DISMISSAL

Come now the Plaintiffs, Mayrene Granger and Willie Mae Smith, and the Defendants in the above-styled cause, and show unto the Court that the parties herein have reached an agreement in the above-styled cause.

WHEREFORE premises considered, the Plaintiffs, by and through their attorneys of record, and the Defendants, by and through their attorneys of record, stipulate to the dismissal of the above-styled lawsuit and all claims asserted or assertable by or between the parties, **With Prejudice**, to the bringing of another action, with costs to be born by the respective parties.

Respectfully submitted this the 19th day of October, 2007.

_____
JAMES H. PIKE (PIK003)
Attorney for Defendant
Post Office Box 6346
Dothan, Alabama 36302
(334) 677-3000

_____
GARY C. SHERRER (SHE016)
Attorney for Defendant
335 West Main Street
Dothan, Alabama 36301
(334) 678-0100

_____
ANN C. ROBERTSON (ROB       )
Attorney for Plaintiffs
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0549

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby certify that on October 19th, 2007, I have electronically filed the foregoing Joint Stipulation for Dismissal with the Clerk of the Court using CM/ECF system, which will provide notification to the following:

Ann C. Robertson, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North
Birmingham, Alabama 35203-3204

Bobbie S. Crook, Esq.
Bobbie S. Crook, P.C.
367 South St. Andrews Street
Dothan, Alabama 36301

Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North
Birmingham, Alabama 35203-3204

James H. Pike, Esq.
Cobb, Shealy, Crum & Pike, P.C.
Post Office Box 6346
Dothan, Alabama 36302-6346

/s/ Gary C. Sherrer
OF COUNSEL