IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAYRENE GRANGER, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:06-cv-0917-WKW |
| | ) |
| CITY OF ASHFORD, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The parties filed a Joint Stipulation for Dismissal. (Doc. # 24.) Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 23rd day of October, 2007.

                                              /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE